UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABDUL MUKTADIR,

    Plaintiff,

v.                                                    Case No. 05-72485
                                                    Hon. Victoria A. Roberts

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## **JUDGMENT**

Consistent with the Court's Order and Opinion filed on April 10, 2006;

**IT IS ORDERED** that Judgment is entered in favor of Plaintiff.

Dated at Detroit, Michigan on April 10, 2006.

                                                          David J. Weaver
                                                          Clerk of the Court

Approved:

                                                          BY:  /s/ Linda Vertriest

**/s/ Victoria A. Roberts**
Victoria A. Roberts
United States District Judge